Certified Mail No.: 9489 0178 9820 3034 8536 92

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WALTER ROSS,
Plaintiff,

2:26-CV-802-SPC-NPM

v.                                              Case No: 15D-2025-01352

FUSION INDUSTRIES INTERNATIONAL,
Defendant.
_____/

COMPLAINT FOR DISCRIMINATION, RETALIATION, AND DAMAGES
DEMAND FOR JURY TRIAL

Plaintiff, Walter Ross, proceeding Sui Juris, sues Defendant and alleges:

1. JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964 and 42
U.S.C. § 1981.
2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.
3. Venue is proper in this district because the events giving rise to this
action occurred in Lee County, Florida.

2. PARTIES

4. Plaintiff, Walter Ross, is a resident of Florida.
5. Defendant, Fusion Industries International, is a business operating in
Florida and may be served according to law.

3. CONDITIONS PRECEDENT

6. Plaintiff filed Charge No. 15D-2025-01352 with the Equal Employment
Opportunity Commission.
7. Plaintiff received a Notice of Right to Sue.
8. All conditions precedent have been satisfied.

4. FACTUAL ALLEGATIONS

9. Plaintiff was employed by Defendant.
10. During Plaintiff's employment, Defendant engaged in unlawful
discrimination based on Plaintiff's race, religion, and national origin.
11. Defendant also engaged in retaliatory conduct against Plaintiff.
12. The discriminatory conduct was severe and pervasive.
13. Defendant's actions created a hostile work environment and interfered
with Plaintiff's ability to work.

14. As a direct result of Defendant's actions, Plaintiff suffered:

   a. Loss of employment and wages;
   b. Loss of housing and personal property;
   c. Extended instability exceeding eight (8) months;
   d. Damage to reputation and employability;

Page **2** of **3**

   e. *Severe emotional distress, humiliation, and mental anguish.*

15. Defendant's actions caused a cascading and devastating impact on Plaintiff's life at a critical time.

16. Defendant acted intentionally, willfully, maliciously, and with reckless disregard for Plaintiff's rights.

5. *COUNT I - DISCRIMINATION (TITLE VII)*

17. Plaintiff realleges paragraphs 1-16.
18. Defendant discriminated against Plaintiff based on race, religion, and national origin in violation of federal law.

6. COUNT II - RETALIATION (TITLE VII)

19. Plaintiff realleges paragraphs 1-16.
20. Defendant retaliated against Plaintiff for engaging in protected activity.

7. COUNT III - HOSTILE WORK ENVIRONMENT

21. Plaintiff realleges paragraphs 1-16.
22. *Defendant subjected Plaintiff to severe and pervasive harassment.*

8. COUNT IV - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

23. Plaintiff realleges paragraphs 1-16.
24. Defendant's conduct was extreme and outrageous.

6. *DAMAGES*

25. As a result of Defendant's conduct, Plaintiff suffered:

   a. Back pay;
   b. Front pay;
   c. Loss of property;
   d. Emotional distress;
   e. Reputational harm.

26. Plaintiff is entitled to compensatory and punitive damages.

WHEREFORE, Plaintiff requests:

A. Judgment against Defendant;
B. Maximum damages allowed by law;
C. Back pay and front pay;
D. Punitive damages;
E. Costs and any further relief the Court deems just.

7. JURY DEMAND

Plaintiff demands trial by jury.

DATED: 03/19/2026

Respectfully submitted,

Page **3** of **3**

_____

By _____

Walter Ross
Plaintiff, Sui Juris

Walter Ross
3722 12th Street W. Lehigh Acres, Florida
33971
[239-778-5060
Yahwehgod10@yahoo.com

# (DAMAGES SHEET)

EXHIBIT A

DAMAGES CALCULATION SUMMARY

Plaintiff, Walter Ross, submits the following estimate of damages:

ECONOMIC DAMAGES

Back Pay (8 months)...................................$32,000
Front Pay (12 months)................................$48,000
Property Loss.........................................$50,000
Housing / Displacement...............................$30,000

NON-ECONOMIC DAMAGES

Emotional Distress..................................$200,000

PUNITIVE DAMAGES

Punitive Damages....................................$450,000

TOTAL ESTIMATED DAMAGES: $810,000

These amounts are estimates and subject to proof at trial.